■ Nancy B. Meyler et al., Respondents, v First National Supermarket, Inc., Appellant. [657 NYS2d 546] —Order, Supreme Court, Bronx County (Luis Gonzalez, J.), entered December 19, 1995, which denied defendant's motion for summary judgment, unanimously affirmed, without costs.

Summary judgment was precluded by the existence of material issues of fact as to whether defendant created or had actual or constructive notice of the slippery condition of water and trampled fruit and vegetable matter that was alleged to have caused plaintiff's accident (*see, Colt v Great Atl. & Pac. Tea Co.*, 209 AD2d 294). Concur—Murphy, P. J., Sullivan, Rosenberger, Rubin and Andrias, JJ.

■ Ernetta D. Morgan et al., Appellants, v Manhattan and Bronx Surface Transit Operating Authority, Respondent and Third-Party Plaintiff-Respondent. New York City Health and Hospitals Corp. et al., Third-Party Defendants-Respondents. [656 NYS2d 273] —Order, Supreme Court, New York County (Walter Tolub, J.), entered May 6, 1994, which denied plaintiff's motion to transfer this action from Civil Court to Supreme Court, and to amend her complaint to increase the ad damnum clause from $10,000 to $1,000,000, unanimously affirmed, without costs.

The motion was properly denied in view of the 13-year age of the case when the motion was made; plaintiff's medical proof which shows that the severity of her injuries were known soon after commencement of the action, and contains no persuasive evidentiary support for her claim of continuing treatment during the preceding 10 years; the lack of a reasonable excuse for the delay; and prejudice that would result to defendant, who would be further disadvantaged in defending itself against a claim for damages so much greater than that originally made (*see, Marzan v Park Ave. Enclosed Mkt. Merchants Assn.*, 67 AD2d 849, *affd* 49 NY2d 791). Concur—Murphy, P. J., Sullivan, Rosenberger, Rubin and Andrias, JJ.